UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 2:22-cr-23

BRYAN CHRISTOPHER RAY,            Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 15, 2023, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that the guilty plea of Bryan Christopher Ray as to the Indictment be accepted. (R&R, ECF No. 33.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 29, 2023. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 33) is **APPROVED** and **ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in the Indictment. The written plea agreement (ECF No. 31) is hereby continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant shall remain detained pending sentencing, scheduled for **August 8, 2023, at 4:00 PM** before the Honorable Paul L. Maloney at the federal courthouse in Marquette, Michigan**.**

Dated: March 30, 2023                        /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE