UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-23 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| BRYAN CHRISTOPHER RAY, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Bryan Christopher Ray appeared before the undersigned on February 10, 2026 for a first appearance on an amended probation petition and order (ECF No. 68).

For reasons stated on the record at the February 10, 2026 hearing:

IT IS HEREBY ORDERED that Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:  February 10, 2026           /s/ *Maarten Vermaat*
                                   MAARTEN VERMAAT
                                   U.S. MAGISTRATE JUDGE